IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JESUS VALDEZ,

    Plaintiff,

v.     No. 13-cv-0815 SMV/LAM

**RENIER ULLOA CASTILLO;**
**TEC EQUIPMENT, INC.;**
**BARCAZ TRANSPORTATION, INC.;**
**BROOKWOOD INSURANCE CO.; and**
**AMERICAN INTERNATIONAL GROUP, INC.;**

    **Defendants.**

## ORDER QUASHING ORDER TO SHOW CAUSE

THIS MATTER is before the Court on the Order to Show Cause [Doc. 7] ("OTSC") filed on December 31, 2013, which will be quashed.

On June 21, 2013, Plaintiff filed his complaint in state court [Doc. 1-2]. Defendant Castillo removed the case to this Court on August 29, 2013. [Doc. 1]. The Notice of Removal indicated that Defendant Brookwood Insurance Co. had not yet been served. *Id.* at 1. Plaintiff had 120 days after the case was removed, or until December 27, 2013, to serve Defendant Brookwood Insurance Co. *See Wallace v. Microsoft Corp.*, 596 F.3d 703, 706 (10th Cir. 2010). On December 31, 2013, the Court ordered Plaintiff to show cause why his claims against Defendant Brookwood should not be dismissed without prejudice for lack of service. [Doc. 7]. Plaintiff has since dismissed his claims against Defendant Brookwood Insurance Co. [Doc. 8].

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that the Court's Order to Show Cause [Doc. 7] is QUASHED.

IT IS SO ORDERED.

_____
**STEPHAN M. VIDMAR**
**United States Magistrate Judge**